IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| KAREN RUTH TAYLOR | § | |
| v. | § | CIVIL ACTION NO. 6:11cv294 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the Commissioner's Motion to Dismiss be denied and the Commissioner be required to file a response consistent with the Order Directing Filing of Briefs already entered in this case. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Commissioner's Motion to Dismiss (docket entry #12) is hereby **DENIED**. It is further

**ORDERED** that the Commissioner file a response to Plaintiff's brief consistent with the Order Directing Filing of Briefs (docket entry #9).

**It is SO ORDERED.**

**SIGNED this 28th day of March, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE